TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-94-00644-CR


NO. 03-94-00645-CR


NO. 03-94-00646-CR


NO. 03-94-00647-CR







Sang Tran, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF DALLAS COUNTY, 265TH JUDICIAL DISTRICT


NOS. F94-19385-LR; F94-19405-LR; F94-19407-LR & F94-19410-LR


HONORABLE KEITH DEAN, JUDGE PRESIDING







PER CURIAM



 These are appeals from the judgments of conviction for aggravated robbery. 
Appellant has filed amended motions to withdraw the appeals. No decision of this Court has been
delivered. The amended motion are granted and the appeals are dismissed. Appellant's original
motions to dismiss are dismissed. See Tex. R. App. P. 59(b).




Before Chief Justice Carroll, Justices Aboussie and Jones


Appeals Dismissed on Appellant's Amended Motion


Filed: June 21, 1995


Do Not Publish